IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:97-cr-32 |
| | ) | JUDGE JORDAN |
| RICKY WALLACE | ) | |

## JUDGMENT ON FORFEITURE OF BOND

The United States of America has moved for entry of a judgment against Defendant, RICKY WALLACE, as Principal, and WAVENY L. WALLACE, as Surety, jointly and severally, in the sum of $50,000, plus interest and costs. The Court having considered hereby finds:

1. On or about October 29, 1997, a bond was executed by the Defendant RICKY WALLACE, as Principal, and WAVENY L. WALLACE, as Surety, in the sum of $50,000, conditioned upon the appearance of Defendant RICKY WALLACE in this Court, that is, to appear before this Court and at such other places as the defendant may be required to appear.

2. On August 9, 1999, the Principal defaulted on the conditions of said bond in the following respects: defendant RICKY WALLACE was directed to self-report to the Bureau of Prisons on August 9, 1999, at FCI Yazoo, Yazoo City, Mississippi. Defendant failed to report as directed and has not reported as of this date.

3. A copy of the Judgment on Motion for Forfeiture of Bond filed by the United States of America has been served on the Principal by serving the Clerk of the Court as agent. More than twenty (20) days have elapsed since the service of said motion, and no answer has been filed.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the United States of America have and recover from RICKY WALLACE, as Principal, and WAVENY L. WALLACE as Surety, jointly and severally, the sum of $50,000, plus interest from the date of entry of the judgment at the current legal rate until paid, plus costs of the Court.

SIGNED and ENTERED this the 5th day of January, 2009.

*s/ Leon Jordan*
United States District Judge